JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KARAM KALOIAN,
Petitioner,
v.
TODD BLANCHE, et al.,
Respondents.

Case No. 2:26-cv-06554-PD

**JUDGMENT**

**A# 246-614-651**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Count One and the remaining counts are dismissed.

The Clerk of the Court is directed to close this case.

DATED: September 29, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge